AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

PHILLIPS 66 COMPANY )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.  CV15-0340RSM
Vikanis LLC, A Washington corporation; Vikas Sachar )
and Jane Doe Sachar, husband and wife and Hitesh )
Patel and Jane Doe Patel, husband and wife, )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hitesh Patel and Jane Doe Patel, husband and wife, and their marital community
29410 1st Avenue South
Federal Way, WA  98003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel P. Mallove
Scott R. Sawyer
Law Office of Daniel P. Mallove, PLLC
2003 Western Avenue, Suite 400
Seattle, WA  98121

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/6/2015                                          s/ Donna Jackson

*Signature of Clerk or Deputy Clerk*